Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

2008 AUG 20 PM 4:10

CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____KWH_____ DEPUTY

ANGLES BEAUTY CARE GROUP, INC. a California Corporation; RICHARD OUELLETTE, an Individual
Plaintiffs
vs
FIDELITY & GUARANTY INSURANCE COMPANY, an Iowa Corporation; HARTFORD CASUALTY INSURANCE COMPANY, a Connecticut Corporation
Defendants

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 1541 JLS AJB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Eric R. Little, Esq.
Little Reid & Karzai, LLP
3333 Michelson Drive, Suite 310
Irvine, CA 92612

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

K. HAMMERLY

AUG 20 2008

DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)