FILED
2008 AUG 20 PM 4:06
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ KM _____ DEPUTY

1  **LITTLE REID & KARZAI LLP**
   Eric R. Little, Bar No. 169021,
2  Najwa Tarzi Karzai, Bar No. 210415
   3333 Michelson Dr., Suite 310
3  Irvine, California 92612
   Telephone: (949) 333-1699
4  Facsimile:  (949)333-1697
   erl@lrkllp.com
5  ntk@lrkllp.com

6  **Attorneys for:** Plaintiffs
   Angles Beauty Care Group, Inc. and
7  Richard Ouellette

8

9              UNITED STATES DISTRICT COURT

10             SOUTHERN DISTRICT OF CALIFORNIA

11

12 | ANGLES BEAUTY CARE GROUP, INC., a | ) | Case No.: '08 CV 1541 SLSAIB
   | California Corporation; RICHARD OUELLETTE, | )
13 | an Individual, | )
   |   | ) | **NOTICE OF PARTY WITH FINANCIAL**
14 |   Plaintiffs, | ) | **INTEREST**
   |   | )
15 |   vs. | )
   |   | ) | **VIA FAX**
16 | FIDELITY & GUARANTY INSURANCE | )
   | COMPANY, an Iowa Corporation; HARTFORD | )
17 | CASUALTY INSURANCE COMPANY, a | )
   | Connecticut Corporation, | )
18 |   | )
   |   Defendants. | )
19 |   | )

- 1 -
NOTICE OF PARTY WITH FINANCIAL INTEREST

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE that, Pursuant to Civil Local Rule 40.2, Plaintiff Angles Beauty Care Group, Inc. submits this Notice of Party with Financial Interest and states Angles Beauty Care Group, Inc. is the parent corporation and there are no other parent corporations or any publicly held company that owns 10% or more of the party's stock.

Date:    August 19, 2008

LITTLE, REID & KARZAI, LLP

By: /s/ Eric R. Little
    Eric R. Little
    Najwa Tarzi Karzai
    Attorneys for Plaintiff
    Angles Beauty Care Group, Inc. and
    Richard Ouellette