| | |
|---|---|
| 1 | **LITTLE REID & KARZAI LLP**<br>Eric R. Little, Bar No. 169021, |
| 2 | Najwa Tarzi Karzai, Bar No. 210415<br>3333 Michelson Dr., Suite 310 |
| 3 | Irvine, California 92612<br>Telephone: (949) 333-1699 |
| 4 | Facsimile: (949)333-1697<br>erl@lrkllp.com |
| 5 | ntk@lrkllp.com |
| 6 | **Attorneys for:** Plaintiffs |
| 7 | Angles Beauty Care Group, Inc. and<br>Richard Ouellette |

FILED
2008 AUG 20 PM 4:06
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGLES BEAUTY CARE GROUP, INC., a California Corporation; RICHARD OUELLETTE, an Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>FIDELITY & GUARANTY INSURANCE COMPANY, an Iowa Corporation; HARTFORD CASUALTY INSURANCE COMPANY, a Connecticut Corporation,<br><br>Defendants. | Case No.:<br><br>'08 CV 1541 JS AJB<br><br>NOTICE OF RELATED CASES<br><br>**VIA FAX** |

- 1 -
**NOTICE OF RELATED CASES**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

    PLEASE TAKE NOTICE that, Pursuant to Civil Local Rule 40.1(e), the above captioned action is related to the action listed below, which is pending in the United States District Court for the Southern District of California. All of these actions involve some of the same parties and are based on the same or similar claims.

| Case Name | Case No. | Date Filed |
|---|---|---|
| *Angles Beauty Care Group, Inc. v. Hair Art International, Inc.* | 05-CV 00166 JAH | January 27, 2005 |

Date:   August 19, 2008

LITTLE, REID & KARZAI, LLP

By: _____
Eric R. Little
Najwa Tarzi Karzai
Attorneys for Plaintiff
Angles Beauty Care Group, Inc. and
Richard Ouellette