| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Eric R. Little, Esq.<br>LITTLE REID & KARZAI LLP<br>3333 MICHELSON DRIVE, SUITE 310<br>IRVINE CA 92612 | 949.333.1699 | |
| ATTORNEY FOR *(Name):* PLAINTIFF | Ref. No. or File No.:<br>Ouellete/Fidelity | |

Insert name of court and name of judicial district and branch court if any:

UNITED STATES DISTRICT COURT CALIFORNIA SOUTHERN DISTRICT

PLAINTIFF:  ANGLES BEAUTY v. FIDELITY & GUARANTY
DEFENDANT:

| PROOF OF SERVICE<br>SUMMONS AND COMPLAINT | HEARING DATE: | HEARING TIME: | DEPT./DIV.: | CASE NUMBER:<br>08 CV 1541 JLS AJB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action, and **I served copies of** the *(specify documents):*

SUMMONS, COMPLAINT
CIVIL COVER SHEET
NOTICE OF RELATED CASES
NOTICE OF PARTY WITH FINANCIAL INTEREST

2. By delivery at :
   a. Address, City, State

   2730 GATEWAY OAKS DRIVE, SUITE 100, SACRAMENTO, CALIFORNIA 95833

3. On *(date and time)*

   (a) on *(date):* 8/22/2008      (b)at *(time):* 11:33 AM

4. In the COUNTY OF Sacramento, STATE OF CALIFORNIA, on the within named entity:

   Name of Business: HARTFORD CASUALTY INSURANCE COMAPNY, a Connecticut

5. By delivering to and leaving with (name of person served with documents on behalf of business, who was authorized to accept service:

   Name and Title or Description: Becky DeGeorge, Registered Agent for Service of Process

6. Copies of the documents listed under 1, above, were mailed to the party named under 4 in a sealed envelope, by first-class mail, postage prepaid, as follows:

   Name:

   Address:

7. Person serving *(name, address and telephone No.):*
   Scott Oliver
   RKLegalServices.com, Inc.
   2549-B Eastbluff Drive, Suite 470
   Newport Beach, CA 92660
   (949) 310-8749 Orange Co. 2155

   a. Fee for service: $150.00
   b. ☐ Not a registered California process server.
   c. ☐ Exempt from registration under B&P § 22350(b).
   d. ☒ Registered California process server.
     (1) ☐ Employee or independent contractor
     (2) Registration No.: 2005-35/Sacramento
     (3) County

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  8/23/2008

_____
(SIGNATURE)

**PROOF OF SERVICE**   GLES BEAUTY v. FIDELITY & GUARANTY
**SUMMONS AND COMPLAINT**