| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Eric R. Little, Esq.<br>LITTLE REID & KARZAI LLP<br>3333 MICHELSON DRIVE, SUITE 310<br>IRVINE CA 92612 | 949.333.1699 | |
| ATTORNEY FOR (Name): PLAINTIFF | Ref. No. or File No.:<br>Ouellete/Fidelity | |

Insert name of court and name of judicial district and branch court if any:
UNITED STATES DISTRICT COURT CALIFORNIA SOUTHERN DISTRICT

PLAINTIFF:
ANGLES BEAUTY v. FIDELITY & GUARANTY
DEFENDANT:

| PROOF OF SERVICE<br>SUMMONS AND COMPLAINT | HEARING DATE: | HEARING TIME: | DEPT./DIV.: | CASE NUMBER:<br>08 CV 1541 JLS AJB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action, and **I served copies** of the (specify documents):
   SUMMONS, COMPLAINT
   CIVIL COVER SHEET
   NOTICE OF RELATED CASES
   NOTICE OF PARTY WITH FINANCIAL INTEREST

2. By delivery at :
   a. Address, City, State
      2730 GATEWAY OAKS DRIVE, SUITE 100, SACRAMENTO, CALIFORNIA 95833

3. On (date and time)
   (a) on (date): 8/22/2008       (b) at (time): 11:27 AM

4. In the COUNTY OF Sacramento, STATE OF CALIFORNIA, on the within named entity:
      Name of Business: FIDELITY & GUARANTY INSURANCE COMPANY, an Iowa Corporation

5. By delivering to and leaving with (name of person served with documents on behalf of business, who was authorized to accept service:
      Name and Title or Description: Becky DeGeorge, Registered Agent for Service of Process

6. Copies of the documents listed under 1, above, were mailed to the party named under 4 in a sealed envelope, by first-class mail, postage prepaid, as follows:
      Name:
      Address:

7. Person serving (name, address and telephone No.):
   Scott Oliver
   RKLegalServices.com, Inc.
   2549-B Eastbluff Drive, Suite 470
   Newport Beach, CA 92660
   (949) 310-8749   Orange Co. 2155

   a. **Fee** for service: $150.00
   b. [ ] Not a registered California process server.
   c. [ ] Exempt from registration under B&P § 22350(b).
   d. [X] Registered California process server.
      (1) [ ] Employee or independent contractor
      (2) Registration No.: 2005-35/Sacramento
      (3) County

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 8/23/2008

(SIGNATURE)

PROOF OF SERVICE   GLES BEAUTY v. FIDELITY & GUARANTY
SUMMONS AND COMPLAINT